IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBE TO CERTIFICATE NO. BBV6906,<br><br>    Plaintiffs,<br><br>    *v.*<br><br>SOPHISTICATED INVESTMENTS INC., et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 2:20-cv-3592-KSM |

## ORDER

**AND NOW**, this 18th day of February, 2022, upon consideration of Defendants' Motion to Remand (Doc. No. 17) and Plaintiffs' Brief in Opposition to Defendants' Motion to Remand (Doc. No. 20), it is ordered as follows:

1.   Plaintiffs' Motion for Summary Judgment (Doc. No. 16) and Defendants' Motion to Remand (Doc. No. 17) are **DENIED AS MOOT** because this Court lacks subject matter jurisdiction to adjudicate this action.

2.   The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.